# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Alfredo Trigo Fuentes
(Petitioner)

vs.

United States of America
(Respondant)

Case No. _____

(to be provided by Court Clerk)

FILED BY _____ D.C.

MAR - 5 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## PETITION FOR ORDER OF STAY

NOW COMES, Alfredo Trigo Fuentes, acting ProSe, respectfully requesting for this Honorable Court to GRANT an order of Stay in order to continue the proper process for the Citezenship in which the petitioner present the following documentation in support:

## STATEMENTS OF FACTS

1. My Father Frumencio Trigo Torres born in United States of America in the town of Crystal City, Texas, in September 6, 1931, and dead on February 8, 2016; See Certificate of Baptism attach.

1

2.  In June of 1961, my Father marriage my mother Lucila Fuentes Salazar and in January of 1969 boths of my parents enter to United States of America and live in Texas, on August of 1976 both parents move to Mexico.

3. On September 27, 1976, I born in Mexico and couple months after I was born my Father return to United States of America alone to continue his work as farmer.

4.  On March of 1977, my mother return to United States of America to the State of Texas to Crystal City with myself and brothers.

5. On 2000 I start working legal and start paying the taxes into 2019, due to my incarcelation

6. Under Children Citizen Act "CCA, Laws 230, 320, 323, INS, I'm eligible to my citizen status in behalf of my Father.

7. I'm living in United States of America completly legal under the above laws.

2.

## CONCLUSION

Petitioner provided some documentation to this Honorable Court showing that is just right to make an order to stay in order to process all the documentation to be an eligible United States citenzen under "CCA" Law., and prevent any deportation.

Thank You
Respectfully Submitted.

Alfredo Trigo Fuentes
BOP #

Date: 2/24/2025

3

# Certificate of Baptism

✠

## Sacred Heart Church

115 E. KINNEY STREET
CRYSTAL CITY, TEXAS 78839

### ⊰ This is to Certify ⊱

That _Frumencio Trigo_

Child of _Pedro Trigo_

and _Petronila Torres_

born in _Lockhart, Texas_

      (CITY)        (STATE)

on the _6_ day of _Sept._ 19 _31_

was

## Baptized

on the _14_ day of _Feb._ 19 _32_

According to the Rite of the Roman Catholic Church

by the Rev. _C. Taylor O.M.I._

the Sponsors being { _Crespin Rios_
_Erlinda Gonzales_

as appears from the Baptismal Register of this Church.

Dated _Nov. 10, 1993_

_Leonel J. Irahin_ 
                          Pastor

No. 314  F. J. REMEY CO., Inc.  MINEOLA, N.Y.



SUMMARY FICA EARNINGS FOR YEARS REQUESTED

| YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS | YEAR | EARNINGS |
|------|----------|------|----------|------|----------|------|----------|
| 1960 | 358.61   | 1970 | 926.94   | 1980 | 4622.09  | 1990 | 3279.49  |
| 1961 | .00      | 1971 | 645.60   | 1981 | 4666.02  | 1991 | 2735.84  |
| 1962 | .00      | 1972 | 888.21   | 1982 | 319.64   | 1992 | 1005.18  |
| 1963 | .00      | 1973 | 607.62   | 1983 | 356.78   | 1993 | 505.42   |
| 1964 | .00      | 1974 | 2783.04  | 1984 | .00      | 1994 | 337.05   |
| 1965 | .00      | 1975 | 2530.66  | 1985 | 520.00   | 1995 | .00      |
| 1966 | .00      | 1976 | 1938.04  | 1986 | 1358.92  | 1996 | .00      |
| 1967 | 1401.63  | 1977 | 776.58   | 1987 | 614.76   | 1997 | .00      |
| 1968 | 1749.44  | 1978 | 2271.27  | 1988 | 541.14   | 1998 | .00      |
| 1969 | 1236.37  | 1979 | 3459.64  | 1989 | 572.74   | 1999 | 477.45   |

SUMMARY MQGE EARNINGS FOR YEARS REQUESTED
NO MQGE EARNINGS FOR YEARS REQUESTED

REMARKS
CLAIMS ACTIVITY -- SEE MBR
NON-COVERED EARNINGS PRESENT FOR: 1991

Social Security Administration
3115 Central Blvd
Brownsville, TX 78520
(866)964-6486
SSA.gov

```
***  REC 2012335  110616 HC622AE0 LFU6  CIPQYA1   PQA1   (F-LFU )  ***

QRY  DATE: 11/30/12  AN: 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  DOC: 824 UNIT: 040     PG: 001+ DEQR
INPUT: YRS REQ: 1960-1999; COVERED DETAILS; SELF-EMPLOYMENT;
   MQGE & HEALTH INSURANCE; NON-COVERED DETAILS; EMPLOYER ADDRESS
MEF: NA: F T TRIGO  DB: 09/1931 SX: M AK: TRUGO

DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED
    60          358.61 EARNED/NO DETAIL AVAILABLE

    61 NONE

    62 NONE

    63 NONE

    64 NONE

    65 NONE

    66 NONE

    67         1401.63 EARNED/NO DETAIL AVAILABLE

    68         1749.44 EARNED/NO DETAIL AVAILABLE

    69         1236.37 EARNED/NO DETAIL AVAILABLE

    70          926.94 EARNED/NO DETAIL AVAILABLE

    71          645.60 EARNED/NO DETAIL AVAILABLE

    72          888.21 EARNED/NO DETAIL AVAILABLE

    73          607.62 EARNED/NO DETAIL AVAILABLE

    74         2783.04 EARNED/NO DETAIL AVAILABLE

    75         2530.66 EARNED/NO DETAIL AVAILABLE

EIN: 741131364            W LAVERE DREIBELBIS
                          RT 1 BOX 65A
                          SAN JUAN          TX  78589-0000
RPYR  REO LOAC  NAME           EARNINGS     TOTAL COMP  CONTROL NUMBER   PR   S
AG76  MM      F T TRIGO        1129.00            .00 50{0-B9-03022  01589 R
   POSTED DETAIL EMPLR TOTAL   1129.00
76 POSTED DETAIL YEAR TOTAL    1129.00
    76       1938.04 SUMMARY EARNINGS

EIN: 741437427            LAZARO AYALA
                          PO BOX 85
                          HIDALGO           TX  78557-0000
RPYR  REO LOAC  NAME           EARNINGS     TOTAL COMP  CONTROL NUMBER   PR   S
AG77  MM      F   TRIGO         159.55            .00 3000-37-95300  03096 R
   POSTED DETAIL EMPLR TOTAL    159.55
EIN: 741965341            ALIBER GARCIA LOZANO
                          RT 3 BOX 299
                          EDINBURG          TX  78539-0000
AG77  XM      J   TRIGO          16.75            .00 1000-26-83905  00179
```

Social Security Administration
3115 Central Blvd
Brownsville, TX 78520
(866)964-6486
SSA.gov

```
QRY  DATE: 11/30/12  AN: 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  DOC: 824 UNIT: 040     PG: 002+ DEQR
AG77  XM        J   TRIGO          16.75             .00 1000-29-13907   00380
AG77  YM        J   TRIGO         -16.75             .00 2000-27-09505   00283
AG77  YM        J   TRIGO         -16.75             .00 2000-27-09502   00383
   POSTED DETAIL EMPLR TOTAL           .00
77 POSTED DETAIL YEAR TOTAL        159.55
   77           776.58 SUMMARY EARNINGS


EIN: 741437427  LAZARO AYALA
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER   PR    S
0078  AA        F T TRIGO      171.50         171.50 8165-08-01300   00379
                WAGE TOTAL     171.50
         OASDI EMPLOYER TOTAL  171.50
EIN: 741884154           GUADALUPE CABRERA JR
                         RT 4 BOX 484A
                         MISSION              TX  78572-0000
AG78  AM        J   TRIGO      189.05         189.05 8165-12-03436   00479
         AGRICULTURAL TOTAL    189.05
EIN: 741904124           ROBERTO FLORES GUERRA SR
                         UNITED DRIVE IN
                         111 E GRIFFIN PKY
                         MISSION              TX  78572-2909
0078  AA      F   TRIGO       1193.73        1193.73 8165-08-01241   00479
                WAGE TOTAL    1193.73
         OASDI EMPLOYER TOTAL 1193.73
EIN: 741910075           VIRGINIA ZAVALA
                         111 N STANDARD
                         SAN JUAN             TX  78589-0000
AG78  AM        F T TRIGO      174.85         174.85 8165-12-03146   00379
         AGRICULTURAL TOTAL    174.85
EIN: 741940987           GREAT WESTERN CONTRACTING INC
                         19507 KATY FWY
                         PO BOX 19977
                         HOUSTON              TX  77224-0000
0078  AA      0 F T TRIGO      542.14         542.00 8059-03-00411   00379
                WAGE TOTAL     542.14
         OASDI EMPLOYER TOTAL  542.14
         78 OASDI YEARLY TOTAL 2271.27


EIN: 741904124  ROBERTO FLORES GUERRA SR
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER   PR    S
AG79  AM        F   TRIGO      919.24         919.24 9134-04-04653   00280
         AGRICULTURAL TOTAL    919.24
EIN: 751248263           DWC GP INC
                         2829 SEA HARBOR RD
                         DALLAS               TX  75212-4228
0079  AA        F T TRIGO     2540.40        2540.40 9130-03-10864   00380
                WAGE TOTAL    2540.40
         OASDI EMPLOYER TOTAL 2540.40
         79 OASDI YEARLY TOTAL 3459.64


EIN: 591190702           VICTOR C GUTIERREZ
                         322 TERRACE AVE
                         INDIANAPOLIS         IN  46225-2515
RPYR  REO LOAC  NAME          EARNINGS      TOTAL COMP  CONTROL NUMBER   PR    S
0080  AA        F T TRIGO      268.40         268.40 0110-21-02656   00381
                WAGE TOTAL     268.40
         OASDI EMPLOYER TOTAL  268.40
```

```
QRY  DATE: 11/30/12  AN: 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  DOC: 824 UNIT: 040      PG: 003+ DEQR
EIN: 741778436              MANUEL R GONZALEZ
                           PO BOX 1111
                           ALAMO                TX  78516-1111
0080   AA      J   TRIGO            143.08         143.08 0103-12-16328   00281
               WAGE TOTAL           143.08
         OASDI EMPLOYER TOTAL       143.08
EIN: 741904124  ROBERTO FLORES GUERRA SR
AG80  AM      P   TRIGO            544.70         544.70 0085-07-17726   00181
         AGRICULTURAL TOTAL        544.70
EIN: 750912277            CULLUM CONSTRUCTION CO INC
                           6440 N CENTRAL EXPY STE 500
                           DALLAS               TX  75206-4136
0080   AA      F T TRIGO          3136.21        3136.21 0079-16-19726   00281
               WAGE TOTAL         3136.21
         OASDI EMPLOYER TOTAL     3136.21
EIN: 751248263  DWC GP INC
0080   AA      F T TRIGO           529.70         529.70 0146-04-01549   00281
               WAGE TOTAL          529.70
         OASDI EMPLOYER TOTAL      529.70
         80 OASDI YEARLY TOTAL    4622.09


EIN: 741904124  ROBERTO FLORES GUERRA SR
RPYR  REO LOAC  NAME         EARNINGS      TOTAL COMP  CONTROL NUMBER   PR    S
AG81  AM      F   TRIGO           339.94         339.94 1076-04-04883   00282
         AGRICULTURAL TOTAL       339.94
EIN: 750912277  CULLUM CONSTRUCTION CO INC
0081   AA      F T TRIGO         4326.08        4326.08 1043-13-02243   00282
               WAGE TOTAL        4326.08
         OASDI EMPLOYER TOTAL    4326.08
         81 OASDI YEARLY TOTAL   4666.02


EIN: 741904124  ROBERTO FLORES GUERRA SR
RPYR  REO LOAC  NAME         EARNINGS      TOTAL COMP  CONTROL NUMBER   PR    S
AG82  AM      F   TRIGO           319.64         319.64 2048-09-04414   00283
         AGRICULTURAL TOTAL       319.64
         82 OASDI YEARLY TOTAL    319.64


EIN: 751797296            B MANUFACTURING CO INC
                           4102 E MAIN ST
                           GRAND PRAIRIE        TX  75050-4604
RPYR  REO LOAC  NAME         EARNINGS      TOTAL COMP  CONTROL NUMBER   PR    S
0083   AA      F T TRIGO           356.78         356.78 3061-07-03844   00284
               WAGE TOTAL          356.78
         OASDI EMPLOYER TOTAL      356.78
         83 OASDI YEARLY TOTAL     356.78


   84 NONE


EIN: 381483442            TEDDY BERTUCA
                           TEDDY BERTUCA CO
                           PO BOX 217
                           MCALLEN              TX  78502-0217
RPYR  REO LOAC  NAME         EARNINGS      TOTAL COMP  CONTROL NUMBER   PR    S
0085   AA      F   TRIGO           493.00         493.00 5118-05-03864   01486 V
               WAGE TOTAL          493.00
         OASDI EMPLOYER TOTAL      493.00
EIN: 741012608            HARDWICKE HARDWICKE & HARDWICKE
```

```
QRY  DATE: 11/30/12  AN: 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  DOC: 824 UNIT: 040     PG: 004+ DEQR
                          PO BOX 3007
                          MCALLEN              TX  78502-3007
0085  AA        P T TRIGO            27.00        27.00 5055-05-07824   00886 V
                          WAGE TOTAL            27.00
          OASDI EMPLOYER TOTAL       27.00
          85 OASDI YEARLY TOTAL     520.00


EIN: 381483442  TEDDY BERTUCA
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0086  AA        P   TRIGO          861.45       861.45 6179-87-07772   01887 V
                          WAGE TOTAL          861.45
          OASDI EMPLOYER TOTAL     861.45
EIN: 742420626              PEDRO SUAREZ
                          826 W 18TH ST
                          MISSION              TX  78572-2751
AG86  IM        F T TRIGO          497.47         .00 7188-18-01356   02188 V
          AGRICULTURAL TOTAL       497.47
          86 OASDI YEARLY TOTAL   1358.92


EIN: 742420626  PEDRO SUAREZ
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0087  AA        F   TRIGO          614.76       614.76 7060-19-01859   01088 V
                          WAGE TOTAL          614.76
          OASDI EMPLOYER TOTAL     614.76
          87 OASDI YEARLY TOTAL    614.76


EIN: 741515558              ABEL OCANAS
                          RT 1 BOX 13
                          ALAMO                TX  78516-9801
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0088  AA        F   TRIGO          203.64       203.64 8057-93-00777   02789 V
                          WAGE TOTAL          203.64
          OASDI EMPLOYER TOTAL     203.64
EIN: 742213088              NOE GUTIERREZ
                          110 SANDRA ST
                          SAN JUAN             TX  78589-3411
0088  AA        F   TRIGO          329.80       329.80 8153-19-10792   01989 V
                          WAGE TOTAL          329.80
          OASDI EMPLOYER TOTAL     329.80
EIN: 752118772              FRANCISCO MARTINEZ
                          % LYNN BARTON
                          PO BOX 937
                          SAN JUAN             TX  78589-0937
AG88  AM        F   TRIGO            7.70         7.70 8061-08-01399   00489 V
          AGRICULTURAL TOTAL         7.70
          88 OASDI YEARLY TOTAL    541.14


EIN: 742420626  PEDRO SUAREZ
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0089  AA        F   TRIGO          572.74       572.74 9036-19-45918   00190 V
                          WAGE TOTAL          572.74
          OASDI EMPLOYER TOTAL     572.74
          89 OASDI YEARLY TOTAL    572.74

EIN: 421247111              ICI SEEDS INC
                          % KIRK METZ
                          PO BOX 500
```

```
QRY  DATE: 11/30/12  AN: 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  DOC: 824 UNIT: 040    PG: 005+ DEQR
                          SLATER              IA  50244-0500
RPYR  REO LOAC  NAME           EARNINGS    TOTAL COMP  CONTROL NUMBER    PR    S
0090  AA        F    TRIGO        2001.49        2001.49 0140-99-03109   00491 V
                WAGE TOTAL        2001.49
        OASDI EMPLOYER TOTAL      2001.49
EIN: 560863709            RICHARD LEE TYSON JR
                          PO BOX 501
                          NASHVILLE          NC  27856-0501
0090  AA        F    TRIGO         209.00         209.00 0079-77-26843   00991 V
                WAGE TOTAL         209.00
        OASDI EMPLOYER TOTAL       209.00
EIN: 561153696            BARNES FARMING CORPORATION
                          7840 OLD BAILEY HWY
                          SPRING HOPE        NC  27882-8393
0090  AA        F    TRIGO        1069.00        1069.00 0148-79-19546   01891 V
                WAGE TOTAL        1069.00
        OASDI EMPLOYER TOTAL      1069.00
        90 OASDI YEARLY TOTAL     3279.49

EIN: 381580057            ROLAND E WILLIAMS
                          6425 E NAPIER AVE
                          BENTON HARBOR      MI  49022-9676
RPYR  REO LOAC  NAME           EARNINGS    TOTAL COMP  CONTROL NUMBER    PR    S
0091  AA        F    TRIGO        1640.28        1640.28 1119-78-10183   03892 V
                WAGE TOTAL        1640.28
        OASDI EMPLOYER TOTAL      1640.28
EIN: 382928942            LEITZ FARMS
                          LEITZ FRED W GEN PTR
                          5109 RIVER RD
                          SODUS              MI  49126-9732
0091  AA        F    TRIGO         124.80         124.80 1038-78-26934   00792 V
                WAGE TOTAL         124.80
        OASDI EMPLOYER TOTAL       124.80
EIN: 561153696  BARNES FARMING CORPORATION
0091  AA        F    TRIGO         970.76         970.76 1127-78-17968   01892 V
                WAGE TOTAL         970.76
        OASDI EMPLOYER TOTAL       970.76
        91 OASDI YEARLY TOTAL     2735.84

EIN: 351029201            AKE HOLDING INC
                          PO BOX 54
                          CAMDEN             IN  46917-0054
RPYR  REO LOAC  NAME           EARNINGS    TOTAL COMP  CONTROL NUMBER    PR    S
0092  AA        F    TRIGO         364.65         364.65 2061-77-16668   00593 V
                WAGE TOTAL         364.65
        OASDI EMPLOYER TOTAL       364.65
EIN: 381772734            STANLEY S PIGGOTT
                          LONE PINE FARMS
                          7450 MEADOWBROOK RD
                          BENTON HARBOR      MI  49022-9620
0092  AA        F    TRIGO         640.53         640.53 2047-75-12653   00593 V
                WAGE TOTAL         640.53
        OASDI EMPLOYER TOTAL       640.53
        92 OASDI YEARLY TOTAL     1005.18

EIN: 561742878            D L & B ENTERPRISES INC
                          RT 5 BOX 137
```

```
QRY  DATE: 11/30/12  AN: 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  DOC: 824 UNIT: 040     PG: 006+ DEQR
                            CLINTON              NC  28328-9504
RPYR  REO LOAC  NAME          EARNINGS    TOTAL COMP  CONTROL NUMBER   PR
0093  AA       F T TRIGO        434.02        434.02 3066-86-29395   00494
                 WAGE TOTAL      434.02
          OASDI EMPLOYER TOTAL   434.02
EIN: 590942655              EDIO LONGORIA
                            29052 PELICAN DR
                            PUNTA GORDA        FL  33982-3106
0093  AA       F T TRIGO         71.40         71.40 3144-00-50997   01794
                 WAGE TOTAL       71.40
          OASDI EMPLOYER TOTAL    71.40
          93 OASDI YEARLY TOTAL  505.42

EIN: 742700667             JOSEFINA M GUTIERREZ
                           RT 10 BOX 452 A
                           EDINBURG           TX  78539-0000
RPYR  REO LOAC  NAME          EARNINGS    TOTAL COMP  CONTROL NUMBER   PR
AG94  AM       F   TRIGO       337.05        337.05 4243-81-06514   02895
          AGRICULTURAL TOTAL    337.05
          94 OASDI YEARLY TOTAL 337.05


   95 NONE

   96 NONE

   97 NONE

   98 NONE


EIN: 592176905             VALLEY ONIIONS INC
                           DUDA
                           PO BOX 2345
                           MCALLEN            TX  78502-2345
RPYR  REO LOAC  NAME          EARNINGS    TOTAL COMP  CONTROL NUMBER   PR
AG99  AM       F T TRIGO       477.45        477.45 9101-88-15636   01000
          AGRICULTURAL TOTAL    477.45
          99 OASDI YEARLY TOTAL 477.45

DETAIL COVERED MQGE EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED (1983-1990)
 NO COVERED MQGE EARNINGS POSTED FOR YEARS REQUESTED

DETAIL NON-COVERED EARNINGS AND W-2 PENSION DATA AND EMPLOYER NAME AND
 ADDRESS  FOR YEARS REQUESTED
   60 NONE

   61 NONE

   62 NONE

   63 NONE

   64 NONE

   65 NONE

   66 NONE
```







(Fold along this line)

SELECTIVE SERVICE SYSTEM

NOTICE OF CLASSIFICATION

This is to certify that

Frumencio TRIGO-Torres

(First name) (Middle initial) (Last name)

Selective Service No.

| 41 | 67 | 32 | 1541 |
|---|---|---|---|

is classified in Class V-A

until ___

by Local Board unless otherwise checked below:

☐ by Appeal Board
vote of ___ to ___

☐ by President

September 25, 1967

(Date of mailing)

[signature]

(Member or clerk of local board)

[signature]

(Registrant's signature)

SSS Form 110 (Rev. 5-25-67)
(Previous printings are obsolete)
(Approval not required)

DUPLICATE

---

SELECTIVE SERVICE SYSTEM

**REGISTRATION CERTIFICATE**

SSS Form 2 (Rev. 4-28-47)

THIS IS TO CERTIFY THAT IN ACCORDANCE WITH THE SELECTIVE SERVICE LAW

(FIRST NAME) (MIDDLE NAME) (LAST NAME)

Frumencio (NMNI) TRIGO-Torres

SELECTIVE SERVICE NO. 41 | 67 | 32 | 1541

| (DATE OF BIRTH) | (PLACE OF BIRTH) |
|---|---|
| Sep. 6, 1932 | Lockhart, Texas |

| COLOR EYES | COLOR HAIR | HEIGHT | WEIGHT |
|---|---|---|---|
| Brown | Black | 5 FT. 5 IN. | 127 |

Other obvious physical characteristics None

WAS DULY REGISTERED ON THE 14 DAY OF April 19 53

[signature]

(SIGNATURE OF LOCAL BOARD CLERK)

(REGISTRANT'S SIGNATURE) [signature]

---

DUPLICATE SELECTIVE SERVICE SYSTEM

**REGISTRATION CERTIFICATE**

SSS Form No. 2 (Rev. 11-8-51) Approval not required

THIS IS TO CERTIFY THAT IN ACCORDANCE WITH THE SELECTIVE SERVICE LAW

Frumencio (NMN) TRIGO-TORRES

(FIRST NAME) (MIDDLE NAME) (LAST NAME)

SELECTIVE SERVICE NO. 41 | 67 | 32 | 1541

September 6, 1932 Lockhart, Texas

(DATE OF BIRTH) (PLACE OF BIRTH)

| COLOR EYES | COLOR HAIR | HEIGHT | WEIGHT |
|---|---|---|---|
| Brown | Black | 5 FT. 5 IN. | 127 |

Other obvious physical characteristics None

WAS DULY REGISTERED ON THE 14 DAY OF April 19 53

[signature]

(SIGNATURE OF LOCAL BOARD CLERK)

(REGISTRANT'S SIGNATURE) [signature]

# Application for Certificate of Citizenship

USCIS
Form N-600
OMB No. 1615-0057
Expires 12/31/2018

## Department of Homeland Security
### U.S. Citizenship and Immigration Services

| For USCIS Use Only | Date Stamp | Receipt | Action Block |
|---|---|---|---|
| | **Remarks** | | |

| To be completed by an Attorney or Accredited Representative (if any). | ☐ Select this box if Form G-28 is attached. | Attorney State Bar Number (if applicable) | Attorney or Accredited Representative USCIS Online Account Number (if any) |
|---|---|---|---|

▶ **START HERE - Type or print in black ink.**

## Part 1. Information About Your Eligibility

**Enter Your 9 Digit A-Number:**
▶ A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

1. This application is being filed based on the fact that: (Select **only one** box)

   ☑ I am a BIOLOGICAL child of a U.S. citizen parent.   ☐ I am an ADOPTED child of a U.S. citizen parent.

   ☐ Other (Explain fully): _____

   **NOTE:** If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**.

## Part 2. Information About You

**NOTE:** Provide information about yourself if you are a person applying for the Certificate of Citizenship. **Provide information about your child** if you are a U.S. citizen parent applying for a Certificate of Citizenship for your minor child.

1. Current Legal Name (do **not** provide a nickname)

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Trigo | Alfredo | |

2. Your Name Exactly As It Appears on Your Permanent Resident Card (if different from above)

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Trigo | Alfredo | |

3. Other Names You Have Used Since Birth
   Provide all other names you have ever used, include nicknames, maiden name, and aliases.

| Family Name (Last Name) | Given Name (First Name) | Middle Name |
|---|---|---|
| Trigo | Alfredo | Fuentes |

4. U.S. Social Security Number (if any)  ▶ 724 36 3007

5. USCIS Online Account Number (if any)  ▶

6. Date of Birth (mm/dd/yyyy)  09/27/1996

7. Country of Birth  Mexico

8. Country of Prior Citizenship or Nationality _____

9. Gender  ☑ Male   ☐ Female

**Part 2. Information About You** (continued)                    A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**10.**   Mailing Address

In Care Of Name (if any)

[                                                                          ]

Street Number and Name                                                    Apt. Ste. Flr.  Number

[  7607  Avenue  K                                            ]  ☐    ☐   ☐   [        ]

City or Town                                              State         ZIP Code + 4

[  Houston                                        ]  [ Texas ▾]  [77012] - [    ]

Province (foreign address only)     Postal Code (foreign address only)  Country (foreign address only)

[                        ]      [                        ]    [                        ]

**11.**   Physical Address

Street Number and Name (Do **not** provide a PO Box in this space unless it is your **ONLY** address.)  Apt. Ste. Flr.  Number

[  7607  Avenue  K                                            ]  ☐    ☐   ☐   [        ]

City or Town                                              State         ZIP Code + 4

[  Houston                                        ]  [ Texas ▾]  [77012] - [    ]

Province (foreign address only)     Postal Code (foreign address only)  Country (foreign address only)

[                        ]      [                        ]    [                        ]

**12.**   Current Marital Status

☐ Single, Never Married   ☑ Married   ☐ Divorced   ☐ Widowed   ☐ Separated   ☐ Marriage Annulled

☐ Other (Explain): [                                                        ]

**13.**   U.S. Armed Forces

Are you a member or veteran of any branch of the U.S. Armed Forces?           ☐ Yes  ☑ No

**14.**   Information About Your Admission into the United States and Current Immigration Status

**A.**   I arrived in the following manner

Port-of-Entry

City or Town                        State           Date of Entry (mm/dd/yyyy)

[                        ]  [      ▾]    [                        ]

Exact Name Used at Time of Entry

Family Name (Last Name)          Given Name (First Name)       Middle Name

[                    ]      [                    ]    [                    ]

**B.**   I used the following travel document to be admitted to the United States

☐ Passport          ☐ Travel Document

Passport Number          Travel Document Number

[                ]      [                    ]

Country of Issuance for Passport or       Date Passport or Travel Document
Travel Document                            Issued (mm/dd/yyyy)

[                        ]      [                    ]

**Part 2. Information About You** (continued)  **A-** [ ][ ][ ][ ][ ][ ]

**C.** I am

☐ A Lawful Permanent Resident (LPR)   ☐ A Nonimmigrant   ☐ A Refugee/Asylee

☐ Other (Explain): [_____]

**NOTE:** If you select "Other" and you need extra space to complete this section, use the space provided in **Part 11. Additional Information**.

**D.** I obtained LPR status through adjustment of status in the United States or admission as a LPR (if applicable)

Date I became a LPR (mm/dd/yyyy)
[_____]

U.S. Citizenship and Immigration Services (USCIS) Office That Granted My LPR Status or Location Where I Was Admitted
**A-** [_____]

**15.** Have you previously applied for a Certificate of Citizenship or U.S. Passport?   ☑ Yes ☐ No

If you answered "Yes" to **Item Number 15.**, provide an explanation below. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**.

*it was on 2005, my attorney fill up all my documents, and went to the postal office*

**16.** Have you ever abandoned or lost your LPR status?   ☐ Yes ☐ No

If you answered "Yes" to **Item Number 16.**, provide an explanation below. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**.

[_____]

**17.** Were you adopted?   ☐ Yes ☐ No

If you answered "Yes" to **Item Number 17.**, complete **Items A. - D.**

**A.** Place of Final Adoption

City or Town
[_____]

State
[___▾]

Country
[_____]

**B.** Date of Adoption (mm/dd/yyyy)
[_____]

**C.** Date Legal Custody Began (mm/dd/yyyy)
[_____]

**D.** Date Physical Custody Began (mm/dd/yyyy)
[_____]

**18.** Did you have to be re-adopted in the United States?   ☐ Yes ☐ No

If you answered "Yes" to **Item Number 18.**, complete **Items A. - D.**

**A.** Place of Final Adoption

City or Town
[_____]

State
[___▾]

Country
[_____]

**B.** Date of Final Adoption (mm/dd/yyyy)
[_____]

**C.** Date Legal Custody Began (mm/dd/yyyy)
[_____]

**D.** Date Physical Custody Began (mm/dd/yyyy)
[_____]

**19.** Were your parents married to each other when you were born (or adopted)?   ☐ Yes ☐ No

**20.** Did your parents marry after you were born?   ☐ Yes ☐ No

**21.** Do you regularly reside in the United States in the legal and physical custody of your U.S. citizen parents?   ☐ Yes ☐ No

## Part 2. Information About You (continued)

A- [ ][ ][ ][ ][ ][ ][ ][ ]

22. Have you been absent from the United States since you first arrived?  ☐ Yes  ☑ No

Complete the following information **only if you are claiming U.S. citizenship at the time of birth if you were born before October 10, 1952.** If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

**A.** Date You Left the United States (mm/dd/yyyy)
[                    ]

**B.** Date You Returned to the United States (mm/dd/yyyy)
[                    ]

**C.** Place of Entry Upon Return to the United States

City or Town
[                    ]

State
[        ▼]

**D.** Date You Left the United States (mm/dd/yyyy)
[                    ]

**E.** Date You Returned to the United States (mm/dd/yyyy)
[                    ]

**F.** Place of Entry Upon Return to the United States

City or Town
[                    ]

State
[        ▼]

## Part 3. Biographic Information

1. Ethnicity (Select **only one** box)
   ☑ Hispanic or Latino  ☐ Not Hispanic or Latino

2. Race (Select **all applicable** boxes)
   ☑ White  ☐ Asian  ☐ Black or African American  ☐ American Indian or Alaska Native  ☐ Native Hawaiian or Other Pacific Islander

3. Height  Feet [5 ▼]  Inches [4 ▼]   4. Weight  Pounds [1][7][6]

5. Eye color (Select **only one** box)
   ☑ Black  ☐ Blue  ☐ Brown  ☐ Gray  ☐ Green  ☐ Hazel  ☐ Maroon  ☐ Pink  ☐ Unknown/Other

6. Hair color (Select **only one** box)
   ☐ Bald (No hair)  ☐ Black  ☐ Blond  ☐ Brown  ☑ Gray  ☐ Red  ☐ Sandy  ☐ White  ☐ Unknown/Other

## Part 4. Information About Your U.S. Citizen Biological Father (or Adoptive Father)

**NOTE:** Complete this section if you are claiming citizenship through a U.S. biological father (of adoptive father). **Provide information about yourself** if you are a U.S. citizen father applying for a Certificate of Citizenship on behalf of your minor biological or adopted child.

1. Current Legal Name of U.S. Citizen Father

Family Name (Last Name)
[ Trigo ]

Given Name (First Name)
[ Frumencio ]

Middle Name
[ T ]

**Part 4. Information About Your U.S. Citizen Biological Father (or Adoptive Father) (continued)**

A- [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

**2.** Date of Birth (mm/dd/yyyy)
09/06/1931

**3.** Country of Birth
USA

**4.** Country of Citizenship or Nationality
USA

**5.** Physical Address

Street Number and Name (Type or print "Deceased" and the date of death if your father has passed away.)
Deceased

Apt. [ ]  Ste. [ ]  Flr. [ ]  Number [ ]

City or Town
Lockhart

State
TX

ZIP Code + 4
[ ] - [ ]

Province (foreign address only) [ ]

Postal Code (foreign address only) [ ]

Country (foreign address only) [ ]

**6.** My father is a U.S. citizen by

[✓] Birth in the United States     [ ] Acquisition after birth through naturalization of alien parents

[ ] Birth abroad to U.S. citizen parents

Certificate of Citizenship Number
41 67 32 1541

Alien Registration Number (A-Number) (if any)
► A- [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

[ ] Naturalization

Place of Naturalization (Name of Court or USCIS Office Location)
[ ]

City or Town [ ]     State [ ]

Certificate of Naturalization Number [ ]

A-Number (if any)
► A- [ ] [ ] [ ] [ ] [ ] [ ] [ ] [ ]

Date of Naturalization (mm/dd/yyyy) [ ]

**7.** Has your father ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?     [ ] Yes  [✓] No

If you answered "Yes" to **Item Number 7.**, provide an explanation in **Part 11. Additional Information**.

**8.** **Marital History**

**A.** How many times has your U.S. citizen father been married (including annulled marriages and marriages to the same person)?     1

**B.** What is your U.S. citizen father's current marital status?

[ ] Single. Never Married   [ ] Married   [ ] Divorced   [ ] Widowed   [ ] Separated   [ ] Marriage Annulled

[✓] Other (Explain):  He passed away

If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

**Part 4. Information About Your U.S. Citizen Biological Father (or Adoptive Father) (continued)**

A- ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

9. Information About U.S. Citizen Father's Current Spouse

   **A.** Family Name (Last Name): Fuentes    Given Name (First Name): Lucila    Middle Name:

   **B.** Date of Birth (mm/dd/yyyy):    **C.** Country of Birth: Mexico

   **D.** Country of Citizenship or Nationality:

   **E.** Spouse's Physical Address

     Street Number and Name:    Apt. ☐ Ste. ☐ Flr. ☐ Number:

     City or Town:    State:    ZIP Code + 4: -

     Province (foreign address only):    Postal Code (foreign address only):    Country (foreign address only):

   **F.** Date of Marriage (mm/dd/yyyy):

   **G.** Place of Marriage

     City or Town:    State:    Country:

   **H.** Spouse's Immigration Status

     ☐ U.S. Citizen    ☐ Lawful Permanent Resident

     ☐ Other (Explain):

     If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

   **I.** Is your U.S. citizen father's current spouse also your biological (or adopted) mother?    ☑ Yes    ☐ No

**Part 5. Information About Your U.S. Citizen Biological Mother (or Adoptive Mother)**

**NOTE:** Complete this section if you are claiming citizenship through a U.S. citizen biological mother (or adoptive mother). **Provide information about yourself** if you are a U.S. citizen mother applying for a Certificate of Citizenship on behalf of your minor biological or adopted child.

1. Current Legal Name of U.S. Citizen Mother

   Family Name (Last Name):    Given Name (First Name):    Middle Name:

2. Date of Birth (mm/dd/yyyy):    3. Country of Birth:    4. Country of Citizenship or Nationality:

## Part 5.  Information About Your U.S. Citizen Biological Mother (or Adoptive Mother) (continued)

A- [                    ]

**D.**  Country of Citizenship or Nationality

[                    ]

**E.**  Spouse's Physical Address

Street Number and Name                                         Apt. Ste. Flr.  Number

[                    ]  ☐ ☐ ☐  [        ]

City or Town                                         State        ZIP Code + 4

[                    ]  [▼]    [    ] - [    ]

Province                      Postal Code                Country
(foreign address only)        (foreign address only)     (foreign address only)

[            ]              [            ]            [                ]

**F.**  Date of Marriage (mm/dd/yyyy)

[                    ]

**G.**  Place of Marriage

City or Town                    State        Country

[                    ]    [▼]    [                ]

**H.**  Spouse's Immigration Status

☐ U.S. Citizen    ☐ Lawful Permanent Resident

☐ Other  [                                        ]

If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information.**

**I.**  Is your U.S. citizen mother's current spouse also your biological (or adopted) father?    ☐ Yes  ☐ No

## Part 6.  Physical Presence in the United States From Birth Until Filing of Form N-600

**NOTE:**  Only applicants born outside the United States claiming to have been born U.S. citizens are required to provide all the dates when your U.S. citizen biological father or U.S. citizen biological mother resided in the United States.  **Include all dates from your birth until the date you file your Form N-600.**

**1.**  Indicate whether this information relates to your U.S. citizen father or mother

☑ U.S. Citizen Father    ☐ U.S. Citizen Mother

**2.**  Physical Presence in the United States

| | From (mm/dd/yyyy) | To (mm/dd/yyyy) | | From (mm/dd/yyyy) | To (mm/dd/yyyy) |
|---|---|---|---|---|---|
| **A.** | 09-06-1931 | 02-08-2016 | **B.** | | |
| **C.** | | | **D.** | | |
| **E.** | | | **F.** | | |
| **G.** | | | **H.** | | |

**Part 5. Information About Your U.S. Citizen Biological Mother (or Adoptive Mother)** (continued)

A- [ | | | | | | ]

**5.** Physical Address

Street Number and Name (Type or print "Deceased" and the date of death if your mother has passed away.) Apt. ☐ Ste. ☐ Flr. ☐ Number

City or Town

_Crystal City, Texas_

State [ ▾ ]   ZIP Code + 4 [ ] - [ ]

Province (foreign address only)

Postal Code (foreign address only)

Country (foreign address only)

**6.** My mother is a U.S. citizen by

☐ Birth in the United States   ☐ Acquisition after birth through naturalization of alien parents

☐ Birth abroad to U.S. citizen parents

Certificate of Citizenship Number

A-Number (if any)   ► A- [ | | | | | | | ]

☐ Naturalization

Place of Naturalization (Name of Court or USCIS Office Location)

City or Town

State [ ▾ ]

Certificate of Naturalization Number

A-Number (if any)   ► A- [ | | | | | | | ]

Date of Naturalization (mm/dd/yyyy)

**7.** Has your mother ever lost U.S. citizenship or taken any action that would cause loss of U.S. citizenship?   ☐ Yes  ☐ No

If you answered "Yes" to **Item Number 7.**, provide an explanation in **Part 11. Additional Information**.

**8.** **Marital History**

  **A.** How many times has your U.S. citizen mother been married (including annulled marriages and marriages to the same person)? [ ]

  **B.** What is your U.S. citizen mother's current marital status?

  ☐ Single, Never Married  ☐ Married  ☐ Divorced  ☐ Widowed  ☐ Separated  ☐ Marriage Annulled

  ☐ Other (Explain): 

  If you selected "Other," provide an explanation. If you need extra space to complete this section, use the space provided in **Part 11. Additional Information**.

**9.** Information About U.S. Citizen Mother's Current Spouse

  **A.** Family Name (Last Name)

  Given Name (First Name)

  Middle Name

  **B.** Date of Birth (mm/dd/yyyy)   **C.** Country of Birth

## Part 7. Information About Military Service of U. S. Citizen Parents

A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

**NOTE:** Complete this only if you are an applicant claiming U.S. citizenship at time of birth abroad.

1. Has your U.S. citizen parent served in the U.S. Armed Forces?  ☐ Yes  ☐ No

2. If you answered "Yes" to **Item Number 1.**, which parent served in the U.S. Armed Forces?

   ☐ U.S. Citizen Father  ☐ U.S. Citizen Mother

3. Dates of Service (mm/dd/yyyy)  (If time of service fulfills any of the required physical presence, submit evidence of the service.)

   **A.**  From (mm/dd/yyyy) [                ]  To (mm/dd/yyyy) [                ]  **B.**  From (mm/dd/yyyy) [                ]  To (mm/dd/yyyy) [                ]

4. Type of Discharge

   ☐ Honorable  ☐ Other than Honorable  ☐ Dishonorable

## Part 8. Applicant's Statement, Contact Information, Certification, and Signature

**NOTE:** Read the **Penalties** section of the Form N-600 Instructions before completing this part.

### Applicant's Statement

**NOTE:** Select the box for either **Item A.** or **B.** in **Item Number 1.**  If applicable, select the box for **Item Number 2.**

1. Applicant's Statement Regarding the Interpreter

   **A.** ☐ I can read and understand English, and I have read and understand every question and instruction on this application and my answer to every question.

   **B.** ☐ The interpreter named in **Part 9.** read to me every question and instruction on this application and my answer to every question, in [                ], a language in which I am fluent and I understood everything.

2. Applicant's Statement Regarding the Preparer

   ☐ At my request, the preparer named in **Part 10.**, [                ], prepared this application for me based only upon information I provided or authorized.

### Applicant's Contact Information

3. Applicant's Daytime Telephone Number
   [                ]

4. Applicant's Mobile Telephone Number (if any)
   [                ]

5. Applicant's Email Address (if any)
   [                ]

### Applicant's Certification

Copies of any documents I have submitted are exact photocopies of unaltered, original documents, and I understand that USCIS may require that I submit original documents to USCIS at a later date.  Furthermore, I authorize the release of any information from any of my records that USCIS may need to determine my eligibility for the immigration benefit I seek.

I further authorize release of information contained in this application, in supporting documents, and in my USCIS records to other entities and persons where necessary for the administration and enforcement of U.S. immigration laws.

## Part 8. Applicant's Statement, Contact Information, Certification, and Signature (continued)

A- [ ][ ][ ][ ][ ][ ][ ][ ][ ]

I understand that USCIS may require me to appear for an appointment to take my biometrics (fingerprints, photograph, and/or signature) and, at that time, if I am required to provide biometrics, I will be required to sign an oath reaffirming that: ·

**1)** I reviewed and provided or authorized all of the information in my application;

**2)** I understood all of the information contained in, and submitted with, my application; and

**3)** All of this information was complete, true, and correct at the time of filing.

I certify, under penalty of perjury, that I provided or authorized all of the information in my application, I understand all of the information contained in, and submitted with, my application, and that all of this information is complete, true, and correct.

### Applicant's Signature

**6.** Applicant's Signature (sign in ink)

➡ [                                                                ]

Date of Signature (mm/dd/yyyy)

[                    ]

**NOTE TO ALL APPLICANTS:** If you do not completely fill out this application or fail to submit required documents listed in the Instructions, USCIS may deny your application.

## Part 9. Interpreter's Contact Information, Certification, and Signature

Provide the following information about the interpreter.

### Interpreter's Full Name

**1.** Interpreter's Family Name (Last Name)

[                                        ]

Interpreter's Given Name (First Name)

[                                        ]

**2.** Interpreter's Business or Organization Name (if any)

[                                        ]

### Interpreter's Mailing Address

**3.** Street Number and Name

[                                        ]

Apt. ☐ Ste. ☐ Flr. ☐ Number [          ]

City or Town

[                                        ]

State [   ▼ ]  ZIP Code + 4 [       ] - [       ]

Province

[                    ]

Postal Code

[          ]

Country

[                        ]

### Interpreter's Contact Information

**4.** Interpreter's Daytime Telephone Number

[                                ]

**5.** Interpreter's Mobile Telephone Number (if any)

[                                ]

**6.** Interpreter's Email Address (if any)

[                                ]

**Part 9.  Interpreter's Contact Information, Certification, and Signature** (continued)

A- [           ]

### Interpreter's Certification

I certify, under penalty of perjury, that:

I am fluent in English and [                    ], which is the same language specified in **Part 8.,** **Item B.** in **Item Number 1.**, and I have read to this applicant in the identified language every question and instruction on this application and his or her answer to every question.  The applicant informed me that he or she understands every instruction, question, and answer on the application, including the **Applicant's Certification**, and has verified the accuracy of every answer.

### Interpreter's Signature

7.   Interpreter's Signature (sign in ink)

Date of Signature (mm/dd/yyyy)

**Part 10.  Contact Information, Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant**

Provide the following information about the preparer.

### Preparer's Full Name

1.   Preparer's Family Name (Last Name)

Preparer's Given Name (First Name)

2.   Preparer's Business or Organization Name (if any)

### Preparer's Mailing Address

3.   Street Number and Name

Apt.   Ste.   Flr.   Number

City or Town

State

ZIP Code + 4

Province

Postal Code

Country

### Preparer's Contact Information

4.   Preparer's Daytime Telephone Number

5.   Preparer's Mobile Telephone Number (if any)

6.   Preparer's Email Address (if any)

| Part 10.  Contact Information. Declaration, and Signature of the Person Preparing this Application, if Other Than the Applicant (continued) | A- | | | | | | | | | |

### Preparer's Statement

7.  **A.** ☐ I am not an attorney or accredited representative but have prepared this application on behalf of the applicant and with the applicant's consent.

**B.** ☐ I am an attorney or accredited representative and my representation of the applicant in this case ☐ extends ☐ does not extend beyond the preparation of this application.

**NOTE:** If you are an attorney or accredited representative whose representation extends beyond preparation of this application, you may be obliged to submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, with this application.

### Preparer's Certification

By my signature, I certify, under penalty of perjury, that I prepared this application at the request of the applicant.  The applicant then reviewed this completed application and informed me that he or she understands all of the information contained in, and submitted with, his or her application, including the Applicant's Certification, and that all of this information is complete, true, and correct.  I completed this application based only on information that the applicant provided to me or authorized me to obtain or use.

### Preparer's Signature

8.  Preparer's Signature (sign in ink)                                          Date of Signature (mm/dd/yyyy)

| Part 11.  Additional Information | A- |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|

If you need extra space to provide any additional information within this application, use the space below.  If you need more space than what is provided, you may make copies of this page to complete and file with this application or attach a separate sheet of paper. Type or print your name and A-Number (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

**1.**
Family Name (Last Name)  `Trigo`

Given Name (First Name)  `Alfredo`

Middle Name

**2.**  A-Number (if any)  ▶  A-

**3.**  **A.** Page Number     **B.** Part Number     **C.** Item Number

**D.**  but the employee, who was there on that time, he was so racist and he tell me im not eligible to be a us citizen. now is the second time im trying to get my certificate of citizenship

**4.**  **A.** Page Number     **B.** Part Number     **C.** Item Number

**D.**

**5.**  **A.** Page Number     **B.** Part Number     **C.** Item Number

**D.**

**6.**  **A.** Page Number     **B.** Part Number     **C.** Item Number

**D.**

**Part 13. Officer Report and Recommendation on Application for Certificate of Citizenship** (for USCIS use **ONLY**) (continued)

A- ☐☐☐☐☐☐☐☐☐

**I recommend that this Form N-600 be:** ☐ Approved ☐ Denied

Issue Certificate of Citizenship in the name of

Family Name (Last Name)

Given Name (First Name)

Middle Name

USCIS Officer's Printed Name

USCIS Officer's Title

USCIS Officer's Signature (Sign in ink)

Date of Signature (mm/dd/yyyy)

☐ I do   ☐ do not concur with the USCIS Officer's recommendation of Form N-600.

USCIS District Director's or Field Office Director's Signature (Sign in ink)

Date of Signature (mm/dd/yyyy)

**NOTE:  Do not complete Parts 12. and 13. unless the USCIS officer instructs you to do so at the interview.**

### Part 12.  Affidavit (do **NOT** complete this part unless instructed to do so **AT THE INTERVIEW**)

A- [ | | | | | | | | ]

I, the (applicant, parent, or legal guardian) _____ do swear or affirm, under penalty of perjury under the laws of the United States, that I know and understand the contents of this application signed by me, and the attached supplementary pages number _____ to _____ inclusive, that the same are true and correct to the best of my knowledge, and that corrections number _____ to _____ were made by me or at my request.

Applicant's, Parent's, or Legal Guardian's Signature (Sign in ink)

Date of Signature (mm/dd/yyyy)

Subscribed and sworn or affirmed before me upon examination of the applicant (parent, legal, guardian) on

at _____ .
               (Location)

Date (mm/dd/yyyy)

USCIS Officer's Printed Name

USCIS Officer's Title

USCIS Officer's Signature (Sign in ink)

Date of Signature (mm/dd/yyyy)

### Part 13.  Officer Report and Recommendation on Application for Certificate of Citizenship (for USCIS use **ONLY**)

On the basis of the documents, records, the testimony of persons examined, and the identification upon personal appearance of the underage beneficiary, I find that all the facts and conclusions set forth under oath in this application are:

1.   ☐ True and correct

2.   ☐ The applicant derived or acquired U.S. citizenship on _____
                                                                Date (mm/dd/yyyy)

3.   ☐ The applicant derived or acquired U.S. citizenship through (Select the box next to the appropriate section of law, or if the section of law is not reflected, type or print the applicable section of law in the space next to "Other.")

   A.   ☐ INA Section 301

   B.   ☐ INA Section 309

   C.   ☐ INA Section 320

   D.   ☐ INA Section 321

   E.   ☐ Other _____

4.   ☐ The applicant has not been expatriated since that time







REC'D BY

MAR - 5 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Southern District
United States District Court
Wilkie D. Ferguson Jr.
United States Courthouse
400 North Miami Avenue, Room 8
Miami, FL. 33128

Alfredo Trigo Fuentes
USM# 18306-104
Federal Correctional Institution
P.O. Box 779800
Miami, FL. 33177