UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-21024-ALTMAN

**ALFREDO TRIGO FUENTES**,

    *Petitioner*,

v.

**UNITED STATES OF AMERICA**,

    *Respondent.*

_____/

## ORDER

On March 26, 2025, we screened the Petitioner's "Petition for Order of Stay" pursuant to 28 U.S.C. § 1915(e) and determined that "his cause of action doesn't appear to be ripe." Order to Amend [ECF No. 6] at 1. Nevertheless, we granted the Petitioner "leave to file an amended petition by April 16, 2025," and ordered him to "file an amended IFP motion with a copy of his six-month prison account statement by April 16, 2025." *Id.* at 4. We also warned the Petitioner that, if he "does not (or cannot) file his amended petition *and* amended IFP motion on time, we will dismiss this case without prejudice and without further notice under FED. R. CIV. P. 41(b)." *Ibid.* (emphasis added). Although the Petitioner filed a new IFP motion, *see* [ECF No. 9], he hasn't filed an amended petition, *see generally* Docket.

"Courts have the inherent authority to control the proceedings before them, which includes the authority to impose reasonable and appropriate sanctions." *Martin v. Automobili Lamborghini Exclusive, Inc.*, 307 F.3d 1332, 1335 (11th Cir. 2002). Rule 41 of the Federal Rules of Civil Procedure also grants courts the authority to dismiss an action because of a plaintiff's failure to comply with court orders. *See* FED. R. CIV. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); *see also Goforth*

*v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985) ("The court's power to dismiss is an inherent aspect of its authority to enforce its orders and insure prompt disposition of lawsuits.").

Because the Plaintiff has failed to file his amended petition by our deadline—despite being clearly ordered to do so—we now exercise our "authority to enforce [our] orders and [e]nsure prompt disposition of lawsuits[.]" *Goforth*, 766 F.2d at 1535.

Accordingly, we hereby **ORDER AND ADJUDGE** that this case is **DISMISSED without prejudice** for failure to comply with court orders. *See* FED. R. CIV. P. 41(b). The Plaintiff's IFP Motion [ECF No. 9] is **DENIED as moot**. The case shall remain **CLOSED**.

**DONE AND ORDERED** in the Southern District of Florida on April 30, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Alfredo Trigo Fuentes, *pro se*