# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 11, 2025

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY____AP____D.C.

Jun 11, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 25-11758-E
Case Style: Alfredo Fuentes v. USA
District Court Docket No: 1:25-cv-21024-RKA

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Clerk's Office Phone Numbers
General Information:    404-335-6100      Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135      Capital Cases:                404-335-6200
CM/ECF Help Desk:       404-335-6125      Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-11758-E

_____

ALFREDO TRIGO FUENTES,

                                            Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

                                            Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the Appellant Alfredo Trigo Fuentes failed to pay the filing and docketing fees (or file a motion in the district court for relief from the obligation to pay in advance the full fee) to the district court, failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules and because the appellant Alfredo Trigo Fuentes failed to file a Transcript Order Form in the district court within the time fixed by the rules.

Effective June 11, 2025.

                                            DAVID J. SMITH
                    Clerk of Court of the United States Court
                        of Appeals for the Eleventh Circuit

                                                      FOR THE COURT - BY DIRECTION